**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Janice Ann Satory,         :         Bankruptcy No.: 17-18205
                                                       :
           Debtor.                             :         CHAPTER 13

**NOTICE OF APPLICATION AND RESPONSE DEADLINE**

Patrick J. Best, Esquire, of ARM Lawyers, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **June 14, 2018**, you or your attorney must do the following:

   a. File an answer explaining your position at

   Office of the Bankruptcy Clerk
   The Madison Building
   400 Washington Street
   Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   b. Mail a copy of the Movant's attorney

   Patrick J. Best, Esquire
   ARM Lawyers
   18 N 8th Street
   Stroudsburg, PA 18360

1

2.  If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

3.  If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4.  You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

Date: <u>May 24, 2018</u>  /s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625